# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00663-CR

**Karen Lenise Moore, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. CR22,218, HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Karen Lenise Moore has appealed from the district court's order revoking her community supervision for the offense of driving while intoxicated. Appellant's appointed counsel, Mr. John Redington, has filed a motion to withdraw, advising that he has recently been employed by the Milam County District Attorney's Office. For the reasons explained in *Williamson v. State*, No. 03-12-00672-CR, 2013 Tex. App. LEXIS 811, at *1-2 (Tex. App.—Austin Jan. 25, 2013, no pet. h.) (not designated for publication), we abate the appeal and remand the cause to the district court for consideration of counsel's motion. If the district court determines that good cause exists to relieve counsel of his duties and replace him with substitute counsel, the district court shall permit counsel to withdraw and promptly appoint substitute counsel for the appeal of this cause. A copy of the court's order appointing substitute counsel and the court's order granting counsel's

withdrawal shall be forwarded to this Court no later than March 4, 2013.  Substitute counsel shall file appellant's brief within thirty days of appointment.

Before Justices Puryear, Pemberton and Rose

Abated

Filed:   February 20, 2013

Do Not Publish